# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 27, 2025

---

## NO. 03-24-00835-CV

---

**Farrah Agahi, D.M.D; Scott Law Ortho Corp., P.C.; and Julie Avalos, Appellants**

**v.**

**Jeffrey Flynt, Appellee**

---

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### REVERSED AND REMANDED -- OPINION BY JUSTICE CRUMP

---

This is an appeal from the order signed by the trial court on December 3, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.